No. 73–1256. CONNELL CONSTRUCTION CO., INC. *v.* PLUMBERS & STEAMFITTERS LOCAL UNION No. 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO. C. A. 5th Cir. [Certiorari granted, 416 U. S. 981.] Motion of petitioner for additional time for oral argument denied.

No. 73–1313. INTERNATIONAL TELEPHONE & TELEGRAPH CORP., COMMUNICATIONS EQUIPMENT & SYSTEMS DIVISION *v.* LOCAL 134, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO. C. A. 7th Cir. [Certiorari granted, 416 U. S. 981.] Motion of the Solicitor General for additional time for oral argument denied without prejudice to a divided argument.

No. 73–1346. McLUCAS, SECRETARY OF THE AIR FORCE, ET AL. *v.* DeCHAMPLAIN. Appeal from D. C. D. C. [Probable jurisdiction postponed, 418 U. S. 904.] Motion of appellee to dismiss for failure of appellants to prosecute appeal in a timely manner denied. MR. JUSTICE DOUGLAS would grant motion to dismiss.

No. 73–1377. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* CITY OF NEW YORK ET AL. C. A. D. C. Cir.; and
No. 73–1378. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* CAMPAIGN CLEAN WATER, INC. C. A. 4th Cir. [Certiorari granted, 416 U. S. 969.] Motion of the State of Michigan for leave to participate in oral argument as *amicus curiae* denied.

No. 73–1475. HARRIS COUNTY COMMISSIONERS COURT ET AL. *v.* MOORE ET AL. Appeal from D. C. S. D. Tex. [Probable jurisdiction noted, 417 U. S. 928.] Motion of appellees for divided argument granted; however, no additional time granted.